IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DON COOK, ADC # 135485**                                                                                              PLAINTIFF

v.                              **CASE NO: 5:14CV00402 BSM**

**MOORE, Correctional Officer,**
**Varner Unit et al.**                                                                                                    DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. After careful consideration, it is concluded that the PRD should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1    The motion to dismiss filed by defendants Estella Bland and William Warren [Doc. No. 37] is denied as moot.

2    Plaintiff Don Cook's motion for attorney's fees and costs [Doc. No. 47] is denied.

IT IS SO ORDERED this 9th day of February 2015.

_____
UNITED STATES DISTRICT JUDGE