**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DON COOK,**                                                            **PLAINTIFF**
**ADC # 135485**

**v.**                  **CASE NO. 5:14CV00402 BSM**

**TRAVIS MOORE et al.**                                           **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe and defendants' objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 70] is granted in part and denied in part:

    A. Summary judgment is granted on plaintiff's claims against defendants Randy Watson, Lasaundra Malone, Sharon Williams, Kenny Bolden, Moses Jackson, and Jeremy Andrews, and these defendants are dismissed without prejudice for failure to exhaust administrative remedies.

    B. Summary judgment is denied in all other respects.

IT IS SO ORDERED this 4th day of September 2015.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE