IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DON COOK, ADC # 135485**                                                                 **PLAINTIFF**

v.                              **CASE NO. 5:14CV00402 BSM**

**TRAVIS MOORE, Correctional Officer,**
**Varner Unit, et al.**                                                                          **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1       Defendants' motion to strike [Doc. No. 106] is denied; and

2       Defendants' motion for summary judgment [Doc. No. 96] is granted and plaintiff's claims against defendants Cher Jones, Jamesha Madden, Travis Moore, and Tarence Whaley are dismissed with prejudice.

IT IS SO ORDERED this 30th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE